JOSEPH E. MALONEY, SBN 95458
Attorney at Law
1155 High Street
Auburn, California 95603
Telephone: (530) 885-7787
E-mail: joseph.maloney@jmaloneylaw.com

Attorney for Defendant
 Henrique Miguel Barros Lima, aka Miguel Lima

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RICE CORPORATION, dba THE RICE COMPANY, a Delaware Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>HENRIQUE MIGUEL BARROS LIMA, aka MIGUEL LIMA, an individual; INTERCONTINENTAL TRADING, S.A., a Swiss Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | No. 07-CV-01349-LKK-KJM<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; ORDER |

    Plaintiff and defendant Lima, through their undersigned counsel, stipulate that Lima's time to respond to the Complaint shall be extended to January 28, 2008, an extension of 30 days.   There was one prior extension.

Dated: December 21, 2007

                                     /s/ Joseph E. Maloney
                                 JOSEPH E. MALONEY
                                 Attorney for Defendant Lima

1  
2  Dated: December 21, 2007                          BROWN & ASSOCIATES, PLC

3  

4                                                   By: /s/ Adam C. Brown
                                                        ADAM C. BROWN
5                                                       THE RICE CORPORATION,
                                                        dba THE RICE COMPANY
6  

7                                     **ORDER**

8      IT IS SO ORDERED.

9  

10 Dated:   December 27, 2007.

11 

12                                    _____
                                      LAWRENCE K. KARLTON
13                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
14 

15 

16 

17 

18 

19 

20 

21 

22 

23 

24 

25 

26 

27 

28