JOSEPH E. MALONEY, SBN 95458
Attorney at Law
1155 High Street
Auburn, California 95603
Telephone: (530) 885-7787
E-mail: joseph.maloney@jmaloneylaw.com

Attorney for Defendant
 Henrique Miguel Barros Lima, aka Miguel Lima

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RICE CORPORATION, dba THE RICE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRIQUE MIGUEL BARROS LIMA, aka MIGUEL LIMA, an individual; INTERCONTINENTAL TRADING, S.A., a Swiss Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. 07-CV-01349-LKK-KJM<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; ORDER |

    Plaintiff and defendant Lima, through their undersigned counsel, stipulate that Lima's time to respond to the Complaint shall be extended to February 27, 2008, an extension of 30 days.   There were two prior extensions.

Dated: January 25, 2008

                                               /s/ Joseph E. Maloney
                                               JOSEPH E. MALONEY
                                               Attorney for Defendant Lima

1

2  Dated: January 25, 2008         BROWN & ASSOCIATES, PLC

3

4              By: /s/ Adam C. Brown
                   ADAM C. BROWN
5                  THE RICE CORPORATION,
                   dba THE RICE COMPANY
6

7              **ORDER**

8     IT IS SO ORDERED.

9

10 Dated:   January 25, 2008.

11

12         _____
           LAWRENCE K. KARLTON
13         SENIOR JUDGE
           UNITED STATES DISTRICT COURT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2