UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE RICE CORPORATION, dba
THE RICE COMPANY, a Delaware
Corporation,

        Plaintiff,

   v.

HENRIQUE MIGUEL BARROS LIMA,
aka MIGUEL LIMA, an individual;
INTERCONTINENTAL TRADING, S.A.,
a Swiss Corporation; and
DOES 1 through 50, inclusive,

        Defendants.
_____/

NO. CIV. S-07-1349 LKK/KJM

O R D E R

    A status conference was held in the above captioned case on September 29, 2008. The parties requested that the case be stayed. Good cause appearing, the court orders as follows:

    1.    The case is hereby STAYED.

    2.    The Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the case.

////

1

3. The parties SHALL file updated status reports with the court every six months.

IT IS SO ORDERED.

DATED:  October 7, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2